# NO. 12-17-00313-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *JENNIFER ORREN,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Jennifer Orren filed an original mandamus proceeding complaining of the trial court's June 21, 2017 order granting the motion for new trial filed by Dale Blocker and David George. On November 22, 2017, this Court conditionally granted Orren's petition and directed Respondent to vacate his June 21 order and to render judgment on the jury's verdict. By an order signed on December 7, Respondent has complied with this Court's opinion and order, rendering this proceeding moot. Accordingly, we ***dismiss*** Orren's petition for writ of mandamus as ***moot***.

Opinion delivered December 13, 2017.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**DECEMBER 13, 2017**

**NO. 12-17-00313-CV**

**JENNIFER ORREN,**
Relator
V.

**HON. F. ALFONSO CHARLES,**
Respondent

___

### ORIGINAL PROCEEDING

___

ON THIS DAY came to be heard the petition for writ of mandamus filed by Jennifer Orren; who is the relator in Cause No. 2014-859-B, pending on the docket of the 124th Judicial District Court of Gregg County, Texas. Said petition for writ of mandamus having been filed herein on October 16, 2017, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*